# EXHIBIT 1

1
2
3
4
5
6
7
8

FORTIS LLP
650 TOWN CENTER DRIVE, SUITE 1530
COSTA MESA, CALIFORNIA 92626
TEL 714-839-3800 • FAX 714-795-2995

**UNITED STATES DISTRICT COURT**

9

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| NIPPON SIGMAX CO., LTD, a Japanese corporation; SIGMAX AMERICA, INC. a California corporation, | **CASE NO.: 8:21-cv-00375-DOC** |
| Plaintiffs, | **ORDER DENYING MOTION TO STAY AND GRANTING IN PART AND DENYING IN PART *EX PARTE* APPLICATION** |
| vs. | |
| KRANOS CORPORATION, INC. dba "Schutt Sports," a Delaware Corporation; ROBERT ERB, an individual; and DOES 1 – 50 | Removal Filed: 2/26/2021 |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER DENYING MOTION TO STAY AND GRANTING IN PART AND DENYING
IN PART *EX PARTE* APPLICATION

On April 15, 2021, at 10:00 a.m. in Courtroom 9D of the above-referenced Court, the Court conducted a hearing and heard oral argument via Zoom videoconference on Defendant Robert Erb's ("Erb") Motion to Stay Proceedings Pending Outcome of Bankruptcy Case (the "Motion to Stay") and *Ex Parte* Application for Extension of Time to File Response to Complaint (the "*Ex Parte* Application"), the Honorable David O. Carter presiding. Eric J. Hardeman, Esq. appeared on behalf of Plaintiffs Nippon Sigmax Co. Ltd and Sigmax America, Inc. (collectively "Plaintiffs"). Michael Foreman, Esq. appeared on behalf of Erb.

After considering the papers submitted in support of and in opposition to the Motion to Stay and the *Ex Parte* Application, as well as the arguments of counsel at the hearing, the Court HEREBY RULES AS FOLLOWS:

The COURT DENIES the Motion to Stay. The Court orders the parties to meet and confer within fifteen (15) calendar days of the date of this order as to any other motions the parties currently anticipate filing.

The Court GRANTS in PART and DENIES in PART the *Ex Parte* Application. The Court orders Erb to file an answer to Plaintiffs' Complaint within seven (7) calendar days of the date of this order.

The Court sets a Scheduling Conference to take place on June 21, 2021 at 8:30 a.m. in Courtroom 9D.

**IT IS SO ORDERED.**

Dated: _____April 16, 2021_____          _____

                                         Hon David O. Carter
                                         U.S. District Judge

FORTIS LLP
650 TOWN CENTER DRIVE, SUITE 1530
COSTA MESA, CALIFORNIA 92626
TEL 714-839-3800 • FAX 714-795-2995

- 1 -
ORDER DENYING MOTION TO STAY AND GRANTING IN PART AND DENYING IN PART *EX PARTE* APPLICATION