# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>KRANOS CORPORATION,<br>                    Debtor. | Chapter 7<br>Case No. 20-13144 (BLS) |
| ROBERT ERB,<br>                    Plaintiff,<br>v.<br>KRANOS CORPORATION IN CARE OF ITS CHAPTER 7 TRUSTEE, NIPPON SIGMAX CO., LTD, a Japanese corporation, and SIGMAX AMERICA, Inc., a California corporation,<br>                  Defendants. | Adv. Proc. Case No. 21-50997 (BLS) |

## **CERTIFICATE OF SERVICE**

I, Mary F. Caloway, hereby certify that on the 21st day of July, 2021, I caused a copy of the following document(s) to be served on the individuals on the below via Electronic Mail.

**DECLARATION OF ERIC J. HARDEMAN IN SUPPORT OF OBJECTION TO MOTION TO EXTEND AUTOMATIC STAY AND FOR PRELIMINARY INJUNCTION**

| | |
|---|---|
| David M. Klauder, Esq.<br>Bielli & Klauder, LLC<br>1204 N. King Street<br>Wilmington, DE 19801<br>dklauder@bk-legal.com<br>Marc S. Casarino, Esq.<br>White and Williams LLP<br>600 N. King Street, Ste. 800<br>Wilmington, DE 19899<br>Casarinom@whiteandwilliams.com | David W. Carickhoff, Esq.<br>Archer & Greiner P.C.<br>300 Delaware Avenue, Ste. 1100<br>Wilmington, DE 19801<br>dcarickhoff@archerlaw.com<br>Gary D. Bressler, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>300 Delaware Avenue, Ste. 770<br>Wilmington, DE 19801<br>gbressler@mdmc-law.com |

| | |
|---|---|
| James E. Huggett<br>Margolis Edelstein<br>300 Delaware Avenue<br>Suite 800<br>Wilmington, DE 19801<br>jhuggett@margolisedelstein.com> | Benjamin Hackman, Esq.<br>Office of the US Trustee<br>District of Delaware<br>J. Caleb Boggs Federal Building<br>844 King Street, Ste. 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>benjamin.a.hackman@usdoj.gov |

Dated: July 21, 2021

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Mary F. Caloway*
Mary F. Caloway (DE No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Email: mcaloway@pszjlaw.com

*Counsel for Creditors/Defendants Nippon Sigmax Co. Ltd. and Sigmax America, Inc.*